**William J. Lee, appellee, v. Danville Street Railway & Light Company, appellant.**

Action to recover for personal injuries to passenger in alighting from street car. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918. Rehearing denied April 3, 1919. *Certiorari* denied by Supreme Court (making opinion final).

H. M. Steely and H. M. Steely, Jr., for appellant. Swallow & Bookwalter, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**Mary G. Bell, by Peoples Bank, conservator, appellant, v. John H. Wood et al., appellees.**

Application by widow to have present worth of dower interest paid to her in cash. Decree for complainant. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed October 22, 1918. Rehearing denied April 3, 1919.

De Mange, Gillespie & De Mange, for appellant. Sterling, Livingston & Whitmore, for appellees.

Mr. Justice Graves delivered the opinion of the court.

---

**Joseph Brayshaw, administrator, appellee, v. John E. Trisler et al., appellants.**

Petition for sale of decedent's lands to pay claims against estate. Order of sale. Appeal from the County Court of Champaign county; the Hon. Roy C. Freeman, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918. Rehearing denied April 3, 1919.

Green & Palmer, for appellants; Henry I. Green, William G. Palmer and Oris Barth, of counsel. Dobbins & Dobbins, for appellee.

Mr. Justice Graves delivered the opinion of the court.

---

**Charles E. Fitzwater, appellee, v. Central Illinois Public Service Company, appellant.**

Action of trespass and trespass on the case for wrongfully cutting trees on plaintiff's land. Judgment for plaintiff. Appeal from the Circuit Court of Shelby county; the Hon. James C. McBride, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918. Rehearing denied April 3, 1919.

Vause, Hughes & Kiger, for appellant. Whitaker, Ward & Pugh, for appellee.

Mr. Justice Graves delivered the opinion of the court.